**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 25-11284

Non-Argument Calendar

————————————

CYNTHIA ANTONIA CANNON,

*Plaintiff-Appellant,*

*versus*

GEORGIA DEPARTMENT OF LABOR,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 3:23-cv-00198-TCB

————————————

Before JORDAN, LUCK, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

2                      Opinion of the Court                      25-11284

Cynthia Cannon, proceeding *pro se*, appeals from the district court's May 22, 2024, order and judgment dismissing her complaint without prejudice.  We lack jurisdiction over this appeal because Cannon's notice of appeal is untimely.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).  Cannon had until June 21, 2024, to file a notice of appeal challenging the May 22 order and judgment, but she did not file her notice until April 10, 2025.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  Further, there is not any basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6).  *See* Fed. R. App. P. 4(a)(5) (providing that a party may move to extend the time for filing a notice of appeal within 30 days of entry of final judgment); *id.* R. 4(a)(6)(A) (providing that the court may reopen the time to file an appeal for a period of 14 days where a party does not receive notice of the entry of the judgment).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.